# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HARRELL S. BRANNAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-60-JAR |
| | ) |
| KEVIN FORCE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time. (Doc. No. 32) Pursuant to the Court's Case Management Order issued May 27, 2014, Plaintiff must disclose to Defendants, no later than July 28, 2014, a list, including addresses, of all persons having knowledge or information of the facts giving rise to his claim and all documents which Plaintiff believes mention, relate to, or in any way support his claim. (Doc. No. 27) Plaintiff requests an extension of this deadline because he is in the process of gathering information and medical records. The Court will grant his motion and extend the disclosure deadline for thirty (30) days, up to and including August 28, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [32] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall submit to the Defendants a list, including addresses, of all persons having knowledge or information of the facts giving rise to

his claim, and all documents which Plaintiff believes mention, relate to, or in any way support his claim no later than **August 28, 2014**.

Dated this 14th day of July, 2014.

                                                                         _____
                                                                        JOHN A. ROSS
                                                                        UNITED STATES DISTRICT JUDGE